No. 95–388. BROWN ET AL. v. PRO FOOTBALL, INC., DBA WASHINGTON REDSKINS, ET AL. C. A. D. C. Cir. Motions of Screen Actors Guild, Inc., et al., Major League Baseball Players Association, and National Hockey League Players et al. for leave to file briefs as *amici curiae* granted. Certiorari granted. Brief of petitioners is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, January 19, 1996. Brief of respondents is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, February 16, 1996. This Court's Rule 29.2 does not apply.

No. 95–566. MONTANA v. EGELHOFF. Sup. Ct. Mont. Certiorari granted. Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, January 19, 1996. Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, February 16, 1996. This Court's Rule 29.2 does not apply.

No. 95–591. UNITED STATES v. INTERNATIONAL BUSINESS MACHINES CORP. C. A. Fed. Cir. Certiorari granted. Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, January 19, 1996. Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, February 16, 1996. This Court's Rule 29.2 does not apply. JUSTICE STEVENS took no part in the consideration or decision of this petition.